IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES A. MORGAN,          ) | |
| ) | |
| Petitioner,       ) | |
| ) | |
| v.                          ) | Civil Action No. 03-261E |
| ) | |
| JOHN J. LaMANNA, Warden,    ) | Judge Sean J. McLaughlin |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| Respondent.      ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO:   Clerk of Court
United States District Court
Western District of Pennsylvania

And now comes Christy Wiegand, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead attorney to be noticed for Respondent in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorney Laura Schleich Irwin as counsel in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within NOTICE OF ENTRY OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

Charles A. Morgan
Reg. No. 08593-007
FCI Petersburg
P.O. Box 1000
Petersburg, VA 23804

/s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney

Dated: July 15, 2005