UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-4643

CHARLES A. MORGAN,

Appellant

v.

JOHN J. LAMANNA

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00261)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
September 8, 2005

Before:   ALITO, SMITH and COWEN Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the Appellant's request for a certificate of appealability is denied. All of the above in accordance with the opinion of

this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: September 26, 2005

A True Copy:

*Marcia M. Waldron* Teste:
Marcia M. Waldron, Clerk

Certified as a true copy and issued in lieu of a formal mandate on 11/17/05

*Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit